UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CANON, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TCL ELECTRONICS HOLDINGS LTD., <br><br> Defendant. | Case No. 2:18-cv-00546-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

After consideration of Defendant's Rule 12(b)(2) Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction ("Motion"), the Court finds that the Motion should be GRANTED. It is therefore

ORDERED that Plaintiff Canon, Inc.'s Complaint brought against TCL Electronics Holdings Ltd. is dismissed.