**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CANON, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>TCL ELECTRONICS HOLDINGS LTD.,<br>TCL CORPORATION,<br>SHENZHEN NEW TECHNOLOGIES CO. LTD.,<br>TCL KING ELECTRICAL APPLIANCE (HUIZHOU) CO. LTD.,<br>TCL KING ELECTRONICS (CHENGDU) CO., LTD.,<br>TCL KING ELECTRICAL APPLIANCES (NANCHANG) CO., LTD.,<br>TCL TONGLI ELECTRONICS (HUIZHOU) CO., LTD., and<br>TONLY ELECTRONICS HOLDINGS LTD.<br><br>           Defendants. | No. 2:18-cv-00546<br><br>Jury Trial Demanded |

**DECLARATION OF ANDREW T. RADSCH IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE
TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Andrew Radsch, declare as follows:

1. I am a partner at the law firm of Ropes & Gray LLP. Ropes & Gray LLP is counsel for all defendants in this action. I submit this declaration in support of Defendants' Motion to Transfer Venue to the Northern District of California.

2. Attached hereto as Exhibit 1 is a true and correct copy of a TiVo Corporation webpage titled "History," available at https://www.tivo.com/history (last accessed Sept. 12, 2019).

3. Attached hereto as Exhibit 2 is a true and correct copy of an article by Mark Fischetti, *The Future of TV*, MIT TECH. REVIEW (Nov. 1, 2001), available at https://www.technologyreview.com/s/401240/the-future-of-tv/ (last accessed Sept. 12, 2019).

4. Attached hereto as Exhibit 3 is a true and correct copy of an article by May Wong, *DirecTV Buys DVR Software Maker ReplayTV*, FOX NEWS (Dec. 15, 2007), available at https://www.foxnews.com/printer_friendly_wires/2007Dec15/0,4675,DirecTVReplayTVaquisition,00.html (last accessed Sept. 12, 2019).

5. Attached hereto as Exhibit 4 is a true and correct copy of the LinkedIn biography of Brian Lanier, available at https://www.linkedin.com/in/brianlanier/ (last accessed Sept. 12, 2019).

6. Attached hereto as Exhibit 5 is a true and correct copy of a webpage titled "Moxi Media Center" (May 3, 2004), available at http://informitv.com/2004/05/03/moxi-media-center/ (last accessed Sept. 12, 2019).

7. Attached hereto as Exhibit 6 is a true and correct copy of the ZoomInfo page for Steve Perlman, available at https://www.zoominfo.com/p/Steve-Perlman/609014 (last accessed Sept. 12, 2019).

8. Attached hereto as Exhibit 7 is a true and correct copy of a Rearden Companies webpage titled "People," available at http://www.rearden.com/people.php (last accessed Sept. 12, 2019).

9. Attached hereto as Exhibit 8 is a true and correct copy of the LinkedIn biography of Roger van der Laan, available at https://www.linkedin.com/in/roger-van-der-laan-a15279 (last accessed Sept. 12, 2019).

10. Attached hereto as Exhibit 9 is a true and correct copy of an article by Kyle Russell, *Meet the Geniuses Making Your Cell Phone Internet 1,000x Faster than 4G*, BUSINESS INSIDER (Mar. 16, 2014), available at https://www.businessinsider.com/meet-artemis-the-company-behind-pcell-2014-3 (last accessed Sept. 12, 2019).

11. Attached hereto as Exhibit 10 is a true and correct copy of a curriculum vitae of Robert E. Novak, former VP of Technology at Digeo.

12. Attached hereto as Exhibit 11 is a true and correct copy of a list of issued U.S. patents on which Robert E. Novak is a listed inventor.

13. Attached hereto as Exhibit 12 is a true and correct copy of a table comparing the flight times from Tokyo, Osaka, Beijing, Shenzhen, and Shanghai to San Francisco and Dallas, as obtained from the Flight Time Calculator (available at https://flighttime-calculator.com) on Sept. 5, 2019.

14. Attached hereto as Exhibit 13 is a true and correct copy of a table measuring the distances from Corona, CA to San Francisco, CA and Marshall, TX, as obtained from the Distance Calculator (available at https://www.distancecalculator.net/) on Sept. 8, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2019.

/s/ _____
Andrew T. Radsch