# EXHIBIT 1

 

PRODUCTS    SOLUTIONS    TiVo Online    Activate TiVo    TiVo    For Business    Support    My Account    0

Home › History

**Investor Relations**
Find investor news, financial reports & SEC filings.
Explore >

**Press Room**
Stay up-to-date with TiVo in news.
Read >

**Jobs**
Help create the future of TV.
Explore >

**Resources**
Find product shots, brand guidelines and other resources.
Learn >

Contact us

2 Circle Star Way
San Carlos, CA 94070
Phone: (408) 562-8400
Fax: (408) 567-1800

## History

In the late nineties, TiVo founders Mike Ramsay and Jim Barton were working together on a joint venture between Time-Warner and SGL to create the first large-scale interactive television system. Ramsay and Barton soon realized they could build the same type of system, with far greater intelligence and at price the average consumer could afford. this idea was the genesis of TiVo.



In january 1999, the company unveiled its Personal Television Service at the consumers Electronics Show. After unveiling the first working prototype of TiVo in January-and despite an estimated four to five months of work remaining to complete a real working product-Ramsay challenged the company to ship a TiVo digital video recorder, the first DVR to ever exist, by March 31, 1999. Despite the tight deadlines and other challenges, TiVo engineers shipped out the first TiVo DVR on schedule, which happened to coincide with a rare blue moon event. Henceforth, the last Friday in March is the official TiVo "blue moon" holiday.

