# EXHIBIT 4

Case 2:18-cv-00546-JRG   Document 59-9   Filed 09/12/19   Page 2 of 8 PageID #: 3247

Brian Lanier



# Brian Lanier
Apple

Cupertino, California · 500+ connections


**GrubHub**


**Santa Clara University**

Join to Connect

## About

With more than 25 years' experience in product development, program management, and architectural leadership, I transform businesses by driving innovation, strengthening customer loyalty, and creating new market opportunities.

As Vice President of Engineering at Comcast, I spearheaded the Converged Products initiative, redesigning the set-top box, rebuilding the software stack, and revolutionizing the architecture of the entire cable system to launch our new X1 Platform.

The X1 platform transformed Comcast from a technology consumer dependent upon external vendors such as Motorola, Pace, and Cisco, to an independent technology producer and reduced annual costs by more than $3.5B.

I was also instrumental in developing a significant future revenue stream for Comcast as

other cable operators license the new X1 technology to better compete with telecom and satellite rivals, fundamentally changing the industrywide business model.

Brian Lanier

As Vice President of Product Development & Software Engineering at TiVo, I led a team of 200 employees pioneering broadband delivery of Emmy Award-winning content to widen our customer offering from TV shows to millions of movies, video clips, and songs.

And at Moxi Digital, as Director of Software Development, I led the overall software architecture and design effort for "Moxi Media Center" home media server, winning the CES Best of Show Award in 2002.

► WORK AUTHORIZATION

Hold dual US and EU citizenship

► AREAS OF EXPERTISE

Strategic Planning ♦ Business Development ♦ Agile Methodology ♦ Architectural Leadership ♦ Customer Acquisition ♦ Client Retention ♦ Partnerships & Alliances ♦ Continuous Improvement ♦ Virtualization ♦ Cloud Computing ♦ Risk Management ♦ Mergers & Acquisitions ♦ Turnarounds ♦ Revitalizations

► OPEN TO NETWORKING OPPORTUNITIES

Please feel free to contact me at +1.408.666.6970 or brian@lanier.org.

## Experience


**CTO**
GrubHub
Sep 2014 – Jan 2016 · 1 year 5 months
Chicago, Illinois



Brian Lanier



### Vice President – Product Development & Software Engineering
TiVo

2004 – 2009 · 5 years

Alviso, California

At TiVo, I led product development, program management, and quality assurance for our Emmy Award-winning TiVo DVR and Service, while managing 200 employees and contractors globally. I was also a key member of the Product Strategy team.

Some of the key ways in which I made a difference include:

INNOVATION / BUSINESS TRANSFORMATION
► Pioneered broadband delivery of content, allowing subscribers to download and watch millions of TV shows, movies, video clips, and songs on both...

Show more

### Director of Product Development
Scale 8

2002 – 2003 · 1 year

San Francisco, California

At Scale 8, I led the technical turnaround effort for a struggling dot-com, turning a service-based file hosting operation into a distributed network-attached storage product.

My impact on the business:

► Analyzed existing development efforts and eliminated nonessential initiatives to minimize cost.

### Director of Software Development

Moxi Digital (acquired by Digeo)

Brian Lanier

2000 – 2002 · 2 years

Palo Alto, California

In this role, I oversaw all aspects of user interface design, usability testing, and information architecture.

My best achievements were:

► Led overall software architecture and design effort for award-winning "Moxi Media Center" home media server, winning CES Best of Show Award in 2002.

► Played instrument role in sale of company, establishing credibility of technology in discussions with prominent investors including Paul Allen and Digeo.

### Director of Software Engineering, Desktop Products & OEM

Pinnacle Systems (now Avid)

1995 – 2000 · 5 years

Mountain View, California

At Pinnacle Systems, I built award-winning media production products based on Windows, Mac, and proprietary embedded product families.

My key contributions to the organization were:

► Led technology evaluation, due diligence, and post-merger integrations for 11 acquisitions.

► Contributed to rise in stock price from $2 to $42.

## Education

**Brian Lanier**

**Santa Clara University**
Bachelor of Science (B.Sc.) · Decision and Information Sciences
1986 – 1990

## View Brian Lanier's full profile to

See who you know in common

Get introduced

Contact Brian Lanier directly

[Join to view full profile]

## Others named **Brian Lanier**


**Brian Lanier**
Creative leadership, vision, strategy, and direction.
San Francisco Bay Area


**Brian Lanier**
Senior Reservoir Engineer at Pivotal Petroleum
Dallas/Fort Worth Area


**Brian Lanier**
UX/UI Design Contractor at Percipient.ai
San Francisco Bay Area


**Brian Lanier**
Software Development Manager, Swift Documentation Team at Apple
San Francisco Bay Area

43 others named Brian Lanier are on LinkedIn

See others named **Brian Lanier**
Brian Lanier

### Learn the skills Brian has

  A3 Problem Solving for Continuous Improvement

  Strategic Partnerships

  Creating a Unique Competitive Advantage

See all courses

## Brian's public profile badge

Include this LinkedIn profile on other websites

  **Brian Lanier**
Apple

  Santa Clara University

View profile                                                                 Linked in

View profile badges

## View similar profiles

I- Metro


**Raghu Hiremagalur**
CTO at LinkedIn

Brian Lanier


**Anant Jhingran**

**Ming Lu**
CTO, eBay Classifieds Group Emerging Markets


**Jim Miller**

**Mazen Rawashdeh**

© 2019                                         About

User Agreement                                 Privacy Policy

Cookie Policy                                  Copyright Policy

Brand Policy                                   Guest Controls

Community Guidelines                           Language ⌄