# EXHIBIT 6

  zoominfo 

Search

**Need more contacts?** Try ZoomInfo's   Advanced Search (20+ criteria)

Share:



Contact Information                    Wrong Steve Perlman? | Claim Profile

### Steve Perlman Business Profile
Founder & Chief Executive Officer at Rearden LLC

Wrong Steve Perlman? | Claim Profile

| | |
|---|---|
| Location: | 211 South Whisman Rd., Ste. D, Mountain View, California, United States |
| Company: | Rearden LLC |
| HQ Phone: | (415) 947-5555 |
| Email: | s***@***.com   Get Email Address |
| Last Updated: | 8/29/2019 12:00 AM |

Access Steve's Contact Information

### FREE Steve's Direct Phone & Email

Download ZoomInfo's Community Edition and receive Steve's direct phone and email, plus an additional

**10 FREE contacts every month.**

  zoominfo 

**Access Steve's Direct Phone & Email**

Start a 14-day free trial

 General Information

Work Experience


Chief Executive Officer
**OnLive Inc**
1999-2019


Founder & Chief Executive Officer
**ARTEMIS NETWORKS LLC**
1995-2017

Education


B. A.
Columbia University


computer science degree
Columbia University

Board Memberships & Affiliations


Founder
**Navic Networks**
2016-2016


Founder
**WebTV Networks , Inc.**
1995-2015

  



Founder

Ice Blink Studios

2004-2009



Founder

KSL

2006-2006



Founder

Markerless Motion Capture Mova

2006-2006



Co-Founder

Catapult Entertainment

1994-2001



Member and Inventor

IEEE Inc

 Company Information

### Rearden LLC

**Location**

211 South Whisman Rd., Ste. D

Mountain View, California, 94041

United States

**Industry**

Software Development & Design, Software.

**Company Description**

Rearden was founded by Steve Perlman in 2000 to create an environment for the exploration and development of new art and technology, with particular emphasis on the interplay and synergy between the two worlds. Steve provides the overall vision and l...

More

  zoominfo 

**Rearden Studios**  2019-08-29

STEVE PERLMAN . Executive Producer . CEO

http://www.reardenstudios.com/team/index.html

**Biographies of the Silicon Valley**  2012-11-03

Steve Perlman Steve Perlman (Connecticut, 1961) studied liberal arts at Columbia University until 1983. After brief stints as a hardware engineer at Atari and C... Read More

//www.scaruffi.com/politics/bios.html

**//venturebeat.com/2008/04/30/nextbio-semantic-search-promises-new-opportunities-f...**

Next Story: An interview with Rearden's Steve Perlman on investing in R&D

//venturebeat.com/2008/04/30/nextbio-semantic-search-promises-new-opportunities-for-hea...

Read All

 ### Additional Contacts at Rearden LLC

**Eric Peltier**

Editor, Director

**Cindy Ievers**

Vice President, Finance

View All  (3)

 ### Similar Profiles

| Profiles with a Similar Job Title and Industry | Profiles with a Similar Job Title and Location | Other People whose last name is Perlman |
|---|---|---|
| **Nikunj Mehta** | **Mike Armistead** | **Jessica Perlman** |
| Falkonry , Inc. | respond-software.com | Doherty Enterprises |

  

| Ashwini Asokan | David Oates | Michael Perlman |
| --- | --- | --- |
| Vue.ai | Curtsy Inc | BrandsMart USA |
| **Vinay Nathan** | **Kurt Huang** | **T. Perlman** |
| Altizon Inc | Mozart Medical Inc | Moxxie Network LLC |
| **Vipin Jain** | **Anne Wojcicki** | **Ronald Perlman** |
| Konstant Infosolutions | 23andMe Inc | Monro Capital, Inc. |
| Show More | Show More | Show More |

# Browse ZoomInfo's Directories

## People Search

Boston | New York City | Houston | Chicago | Los Angeles | Atlanta

A B C D E F G H I J K L M N O P Q R S T U V W

  

## Company Search

Boston | New York City | Houston | Chicago | Los Angeles |
Atlanta

**Browse Our Directories**

    

**866-904-9666**

Contact

Login

Support

Resources

Blog

  

Privacy   |   Terms & Conditions   |   Cookies