# EXHIBIT 7



INNOVATION INCUBATION

ABOUT REARDEN
PEOPLE
PRESS
JOBS
CONTACT

# People



**Steve Perlman**
**Founder / CEO**

Steve Perlman Rearden Founder & CEO, is an entrepreneur and inventor devoted to pioneering Internet, entertainment, multimedia, consumer electronics and communications technologies and services. He has 30 years of technology development experience, 25 years of start-up experience, and has been an Apple Principal Scientist and Microsoft Division President. He has a track record of pioneering breakthrough technologies and shaping them into media-rich, mass-market products and services.

Steve's technology work, including the invention of QuickTime, is built into every iPad, iPhone, iPod, Mac, most PCs, and a wide range of video and communication products and services offered by Samsung, Sony, Microsoft, Cisco, Motorola, Panasonic, AT&T, Comcast, DirecTV, Dish, Time Warner Cable, Charter Cable, Philips, RCA, Mitsubishi, Fujitsu and Sega. Products include

### 2009

Steve introduces OnLive, the pioneer of on demand-gaming services, delivering real-time interactive experiences and rich media through the Internet. Mova announced its facial capture and animation technology will be integrated into the OnLive Game Service.

### 2008

The first feature films using Mova's Contour Reality Capture are released: *The Incredible Hulk* (2008) and *The Curious Case of Benjamin Button* (2008) which won an Academy Award for Best Visual Effects. Notably, Brad Pitt's Benjamin Button performance was also nominated for an Academy Award and Golden Globe Award® for Best Actor for the "Benjamin Button" role, which was the first time a largely computer-generated facial performance had reached that level of acclaim.

### 2007

OnLive and MOVA are spun out from Rearden. Ice Blink Studios becomes a part of Image Movers Digital.

### 1999

In April, Steve deploys the world's first Digital Video Recorder (DVR), the Dishplayer satellite receiver on Dish Network. Within a year, over 200,000 units were sold, almost triple the number of DVRs sold by all other manufacturers combined. Dish continued to be a leader in the DVR market.

### 1995

Steve creates and co-founds WebTV, and was president and CEO for its first 4 years. He is credited with introducing the first true convergence product, combining Internet TV, interactive TV, digital TV, Digital Video Recording, and games into an integrated, simple and inexpensive consumer electronics device. Twenty months after it was founded, WebTV Networks is acquired by Microsoft Corporation. A financially and strategically successful acquisition, WebTV (renamed MSNTV and operated until 2013) produced over a billion dollars in revenue. Also, both of Microsoft's TV distribution platforms, Cable TV Foundation and IPTV, and the XBox360 hardware were created by the WebTV team. WebTV products have been sold

QuickTime, Macintosh graphics and video, WebTV, the Moxi Media Center, MOVA Contour Facial Capture, and OnLive Cloud Gaming.

Steve's production companies' work includes facial capture for *Gravity* (2013), *Harry Potter and the Deathly Hallows* (2011) and Academy Award®-winning *The Curious Case of Benjamin Button* (2008), as well as art/production design for Steven Spielberg and Robert Zemeckis for major motion pictures *War of the Worlds* (2005), Monster House (2006) and *Beowulf* (2007); and HD video/audio editorial work for Santana, Electronic Arts and independent film.

Steve holds [over 200 U.S. patents](#) in an array of communications, video, graphics, facial capture, video gaming, software lens, and wireless power technologies.

**Details**

2014

Steve unveils Artemis Networks, the pioneer of pCell™ technology, a breakthrough approach to wireless based on Rearden's DIDO technology that consistently delivers full-speed data rate to every mobile device concurrently, regardless of how many users are sharing the same spectrum at once, and is compatible with standard LTE devices.

2013

Steve founds Diabots, a company developing lifestyle solutions for Type 1 Diabetes. MOVA facial

2006

Steve introduces MOVA Contour Reality Capture, the first photoreal production motion capture system, offered as a service through Rearden's Mova subsidiary. Also, Steve launches woa.tv :: The Women of Action Network, an online HDTV destination for active women.

2005

Steve founds Rearden Studios, providing HD video and audio services. Rearden Studios has produced advanced HD video tuned for internet-based distribution through woa.tv. Additionally, its clients have included Santana, Electronic Arts, and Home Depot, and it has provided editing services for indie films such as *Quality of Life* (2005), *Hope* (2005), and *Hanuman* (2006).

2004

Steve founds MOVA to develop advanced motion capture technology and provide world-class motion capture services. MOVA's work has included video game motion capture for Electronic Arts' *The Godfather*, and *From Russia with Love* and Vivendi Universal's *Eragon*. Steve also co-founds Ice Blink Studios with renowned artist Doug Chiang. Ice Blink's work can be seen in major motion pictures *War of the Worlds* (2005), directed by Steven Spielberg; *Monster House* (2006), produced by Steven Spielberg and Robert Zemeckis; and *Beowulf* (2007), directed by Robert Zemeckis.

2002

throughout the world, and have been deployed to both DirecTV and Dish Network satellite customers, and have been retailed under license by Sony, Philips, RCA, Panasonic, Mitsubishi, Samsung, Fujitsu, Sega, Scientific Atlanta and On Command.

1994

Steve co-founds Catapult Entertainment and was its Chief Technology Officer. Catapult developed the XBand modem for Sega and Nintendo video game systems that online-enabled existing multi-player games.

1990

Steve was managing director of advanced products for General Magic, where he architected its second-generation technology, including system-on-a-chip silicon deployed within the first Windows CE PDAs and software-based high-speed modem technology deployed by Broadcom.

1985

Steve was a principal scientist of Apple Computer, Inc., where he led the development efforts for much of the underlying multimedia technology incorporated into the color Macintosh, including Road Pizza, the enabling technology behind QuickTime, that grew out of QuickScan, a massively-parallel graphics animation and video decompression chip.

1983-84

Steve designed a parallel-processing graphics system at Atari. At Coleco, Steve developed a

capture is used on two feature films, including *Gravity*.

2012

MOVA facial capture technology is used in four feature films, including *The Avengers* and *Snow White and the Huntsman*.

2011

Steve publishes the first whitepaper on DIDO: Distributed-Input Distributed-Output technology, a novel wireless approach that enables effectively unlimited spectrum density. MOVA facial capture technology is nominated for an Academy Award® in Visual Effects, and is used in four feature films, including *Harry Potter and the Deathly Hallow: Part 2* and *Pirates of the Caribbean: On Stranger Tides*.

Steve introduces the Moxi Media Center, a low-cost replacement for a digital cable or satellite set-top box that integrated Digital Video Recording, Music Jukebox, DVD player, and Internet Gateway into one device that wirelessly networks video, audio, and broadband connectivity throughout the home. Moxi is currently deployed by Comcast, Time Warner, Charter and Adelphia cable TV networks, among others.

2000

Steve founds Rearden, an incubator of art and technologies. Also in 2000, Steve founds Moxi Digital focused on revolutionizing home entertainment.

massively-parallel 3D animation chip and a software-based high-speed modem.

1976-83

Building his first computer from a kit during high school in 1976, Steve proceeded to design and build several computers, graphics/video systems, modems, displays, audio systems, interface devices and video games, as well as all kinds of software, both for fun and for clients. Steve graduated from Columbia University in 1983.

ABOUT REARDEN   |   PEOPLE   |   PRESS   |   JOBS   |   CONTACT