# EXHIBIT 8

Roger van der Laan

# Roger van der Laan

San Francisco Bay Area · 291 connections

Join to Connect

## Patents

### Apparatus and method for capturing still images and video using coded lens imaging techniques

Issued March 2, 2010 · United States · 7,671,321

An apparatus for capturing images. In one embodiment, the apparatus comprises: a coded lens array including a plurality of lenses arranged in a coded pattern and with opaque material blocking array elements that do not contain lenses; and a light-sensitive semiconductor sensor coupled to the coded lens array and positioned at a specified distance behind the coded lens array, the light-sensitive sensor configured to sense light transmitted through the lenses in the coded lens array.

Other inventors

Case 2:18-cv-00546-JRG   Document 59-13   Filed 09/12/19   Page 3 of 7 PageID #:  3273

### System and method for distributed input distributed output wireless communications

Roger van der Laan

Issued October 6, 2009 · United States · 7,599,420

A system and method are described for compensating for frequency and phase offsets in a multiple antenna system (MAS) with multi-user (MU) transmissions ("MU-MAS"). For example, a method according to one embodiment of the invention comprises: transmitting a training signal from each antenna of a base station to one or each of a plurality of wireless client devices, one or each of the client devices analyzing each training signal to generate frequency offset compensation data, and receiving the…

Show more

Other inventors



See patent

### System and method for performing motion capture using phosphor application techniques

Issued June 16, 2009 · United States · 7,548,272

A system and method are described for performing motion capture on a subject. For example, a method according to one embodiment of the invention comprises: mixing phosphorescent makeup with a makeup base; applying the mixture of phosphorescent makeup and makeup base to surface regions of a motion capture subject; strobing a light source on and off, the light source charging phosphor within the phosphorescent makeup when on; and strobing the shutters of a first plurality of cameras synchronously…

Show more

Other inventors

   

Case 2:18-cv-00546-JRG   Document 59-13   Filed 09/12/19   Page 4 of 7 PageID #: 3274

**SYSTEM AND METHOD FOR COMPRESSING VIDEO BASED ON DETECTED INTRAFRAME MOTION**

Roger van der Laan

Filed January 23, 2009 · United States

A system and method are described below for encoding interactive low-latency video using interframe coding. For example, one embodiment of a computer-implemented method for performing video compression comprises: logically subdividing each of a sequence of images into a plurality of tiles, each of the tiles having a defined position within each of the sequence of images, the defined position remaining the same between successive images; detecting motion within the sequence of images occurring…

Show more

Other inventors

See patent

---

## Honors & Awards

### Technical Achievement Award

Academy of Motion Picture Arts and Sciences

Feb 2015

"For the innovative design and development of the MOVA Facial Performance Capture system."

"The MOVA system provides a robust way to capture highly detailed, topologically consistent, animated meshes of a deforming object. This technology is fundamental to the facial pipeline at many visual effects companies. It allows artists to create character animation of extremely high quality."

http://www.oscars.org/sci-tech/ceremonies/2015

View Roger's Full Profile

View Roger van der Laan's full profile to

✓ See who you know in common

✓ Get introduced

✓ Contact Roger van der Laan directly

Join to view full profile

## People also viewed

**Hiok-Tiaq Ng**

**Ashlee Brittain**
Account Executive


**Fadi Saibi**
Co-founder & Chief Architect at Artemis Networks


**Jesse Schwartzman**
Engineer, Aerospace & Defense

**Nathan Burns**
Principal Engineer at Amazon Web Services (AWS)


**John Rayfield**
VP Software Engineering MCU & Connectivity Division at Cypress Semiconductor Corporation

**Christian Peel**

**Arnold de Leon**

| | Roger van der Laan |
|---|---|
| | **Leilei Song** |
| | Wireless System Architect |

  **André Srinivasan**
Sales engineer and solution leader keeping customers happy with technology that works

## Learn the skills Roger has

 Windows Performance Tools: DeadLock Analysis with Intel VTune Amplifier

 IoT Foundations: Operating Systems Fundamentals

 Technology for Product Managers

See all courses

## Roger's public profile badge

Include this LinkedIn profile on other websites

**Roger van der Laan**

View profile                                                                 Linked in

View profile badges

## View similar profiles

Case 2:18-cv-00546-JRG   Document 59-13   Filed 09/12/19   Page 7 of 7 PageID #: 3277

**Norman Krasner**

Independent Research Professional

Roger van der Laan

© 2019

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

About

Privacy Policy

Copyright Policy

Guest Controls

Language