# EXHIBIT 10

# Robert E. Novak

**Northern California** ◇ 408-910-9134 ◇ sailnfool@gmail.com

## Storage Architect, Enterprise Storage Expert, Speaker & Author

**Results-oriented professional with a strong product and innovation track record.  Holder of 34 US Patents**

*Expertise spans software architecture, writing software in C & Bash, networking infrastructure,hardware server design and manufacturing, including purchasing and ISO-9000 certification*

---

### ENGINEERING AND INNOVATION EXPERTISE

Co-Architect for Object Storage ◆ Managed Hardware & Software engineering for Set Top Boxes ◆ Managed IP program that distilled 3000 ideas into 150 patent applications that received 120+ patents ◆ Built Hardware & Software engineering teams from scratch

### BROAD DIGITAL TECHNOLOGY  EXPERTISE

Software Defined Storage, Datacenter, Networking ◇ Open Source Software ◇ Cloud Computing AWS, S3 Ceph & OpenStack ◇ Storage hardware (SAS/SATA, SMR, Key/Value, FLASH/SSD ◇ Big Data ◇ Object Storage ◇ Server Architecture for Storage, Networking & High Frequency Trading ◇ Low Level CPU design with FPGAs ◇ GPU Servers ◇ Backup/Archive/DR ◇ Enterprise Software ◇ Data  Management ◇ Security/Encryption  Management ◇ Grid Software for financial applications ◇ RDBMS

### PROVEN TRACK RECORD OF PERFORMANCE

- Co-Architect of Object Storage (NexentaEdge).
- Server architect for storage, networking, compute and high frequency servers.
- Created & implemented ISO-9001:2000 certification for a manufacturing operation.
- Managed $2 Billion in product revenue
- Created and introduced the most successful workstation in Sun's history
- Wrote a monograph – "Software Defined Datacenter for Dummies[1]" (A Wiley Publication)
- Successful international ACM lecturer and author at numerous trade shows with videos on YouTube

### PROFESSIONAL CHRONOLOGY

**Distinguished Technologist, Hyperscale Architect, Hewlett-Packard Enterprise**, Palo Alto, CA  **1/2015 to 7/2015**

**Hyperscale account growth**
- Drove new solutions to increase sales with Apple, Microsoft, Workday and Salesforce
- Created a new Object Policy to facilitate object application interoperation for Scality, Cleversafe, et al

**Nexenta Systems, Director of Systems Architecture,** Santa Clara, CA  **4/2012 – 1/2015, Enterprise Class Software Storage Start-up based on Software-Defined Storage (SDS)**

- Co-Architect of NexentaEdge, a share-nothing scale-out storage architecture, now being resold by Canonical
- Product has multiple patents awarded (26) and pending, co-author on 12 awarded patents
- By showing the safety of ZFS to Wall Street CIOs, drove increased sales

---

[1] https://nexenta.com/SDDCForDummies

**Supermicro, Inc. Director of Enterprise Servers, San Jose CA  6/2007 – 4/2012**
- Designed new, custom servers for Fortune 500 clients
- Designed and deployed High Frequency Trading Servers with overclocked CPUs, high speed memory and low latency NICs.
- Created and drove product definition to create higher density (weight & power) racks for enterprises.
- Created and drove product definition for Enterprise management of servers with IPMI software

**Quantum3D, Inc, Vice-President of Product Marketing,** San Jose, CA  **10/2005 – 6/2006, Flight Simulators for every fast jet in the US inventory**
- Flight Simulators for Apache Helicopter, F-18, F-22 and F-35
- Fanless computers for use in Bradley Fighting Vehicle and man-worn simulation/training

**GarrettCom, Inc., Member, Board of Directors,** Fremont, CA  **3/1993 – 10/2006 Rugged Ethernet and contract manufacturing**
- Company was sold to Belden.  Managed growth from $3 million to over $24 million

**GarrettCom, Inc., General Manager, Fremont, CA  1/2002-10/2005 New Product Nursery Contract Manufacturing**
- Created separate division with its own purchasing, operations, manufacturing and shipping
- Created ISO 9001:2000 program certified on first pass
- Grew business from $1 million to $6.1 million

**Digeo, Inc., Vice-President of Technology, Kirkland, WA  1/2000 – 11/2001 Set Top Boxes for Cable TV**
- Hired and managed engineering team (hardware and software)
- Created Set Top Box reference designs for cable companies
- Built a patent program that distilled 3000 ideas into 150 patent application, 120+ patents awarded

**Sun Microsystems, Director of Marketing, E-Commerce for iPlanet,** Menlo Park, CA  **12/1998 – 1/2000**
- Created the business plan for the E-Commerce team as part of the Sun/AOL/Netscape business
- International evangelist for E-Commerce

**Sun Microsystems, Group Manager, Power Desktop Workstations,** Menlo Park, CA  **11/1992 – 12/1998**
- Managed 12 Product Managers
- Generated $2 billion in Workstation revenue
- Most successful workstation launch in Sun's history
- Wrote strategic business plan for SunSoft

─────────────── EDUCATION AND  TRAINING ───────────────

**Graduate Work:** University of Illinois, Chicago, IL campus (UICC).
**BS – Computer Science,** Minors – Linguistics and Secondary Education: University of Illinois, Urbana, IL (UIUC).

─────────────── TECHNICAL EXPERTISE ───────────────

Linux/Unix Expert, Ubuntu, Raspbian, C, Perl, Bash, Make, Javascript, Git, Github, Object Storage. CI/CD, AWS S3, REST, Twelve Factor App Methodology, Cryptography, Blake2, IoT, Raspberry PI, MS-Windows, MS-Office, Software Defined Object Storage, Manufacturing, Purchasing, ISO-90001, Project Management, https://github.com/sailnfool

─────────────── INTERESTS ───────────────

**Personal -** Avid sailor, writing software, shortwave radio

─────────────── PUBLICATIONS ───────────────

**Numerous Publications** – Please see http://www.linkedin.com/in/sailnfool for a complete list

**U.S. Patents** – 34 patents - 32 Utility Patents and 2 Design Patents – Please see http://tinyurl.com/sailnfool34 for a list