# EXHIBIT 11

Patents for Robert E. Novak

| Num | Patent Number | Award Date | Filing Date | Assignees | Inventor | Title |
|---|---|---|---|---|---|---|
| 34 | 10,244,053 | 3/26/2019 | 1/31/2018 | Nexenta Systems, Inc. | Co-Inventor | Multicast collaborative erasure encoding and distributed parity protection |
| 33 | 10,185,730 | 1/22/2019 | 8/8/2015 | Nexenta Systems, Inc. | Co-Inventor | Methods and systems for key-value-tuple-encoded storage |
| 32 | 10,110,676 | 10/23/2018 | 12/24/2015 | Nexenta Systems, Inc. | Co-Inventor | Parallel transparent restructuring of immutable content in a distributed object storage system |
| 31 | 9,923,970 | 3/20/2018 | 8/21/2015 | Nexenta Systems, Inc. | Co-Inventor | Multicast collaborative erasure encoding and distributed parity protection |
| 30 | 9,767,130 | 9/19/2017 | 8/8/2015 | Nexenta Systems, Inc. | Co-Inventor | Methods and systems for key sharding of objects stored in distributed storage system |
| 29 | 9,747,319 | 8/29/2017 | 8/8/2015 | Nexenta Systems, Inc. | Co-Inventor | Read-modify-write processing of chunks at the storage server level in a distributed object storage system |
| 28 | 9,710,535 | 7/18/2017 | 8/6/2015 | Nexenta Systems, Inc. | Co-Inventor | Object storage system with local transaction logs, a distributed namespace, and optimized support for user directories |
| 27 | 9,479,587 | 10/25/2016 | 6/11/2014 | Nexenta Systems, Inc. | Co-Inventor | Scalable object storage using multicast transport |
| 26 | 9,385,875 | 7/5/2016 | 1/26/2013 | Nexenta Systems, Inc. | Co-Inventor | Scalable transport with cluster-consensus rendezvous |
| 25 | 9,385,874 | 7/5/2016 | 1/23/2013 | Nexenta Systems, Inc. | Co-Inventor | Scalable transport with client-consensus rendezvous |
| 24 | 9,344,287 | 5/17/2016 | 1/23/2013 | Nexenta Systems, Inc. | Co-Inventor | Scalable transport system for multicast replication |
| 23 | 9,338,019 | 5/20/2016 | 1/23/2013 | Nexenta Systems, Inc. | Co-Inventor | Scalable transport method for multicast replication |
| 22 | 8,434,103 | 4/30/2013 | 9/24/2001 | Arris Group, Inc. | Co-Inventor | Method of substituting content during program breaks |
| 21 | 8,375,407 | 2/12/2013 | 9/24/2001 | Arris Group, Inc. | Co-Inventor | System and apparatus for displaying substitute content |
| 20 | 8,237,767 | 8/27/2012 | 4/2/2009 | Arris Group, Inc. | Primary Inventor | System and method for screening video communications within an interactive television system |
| 19 | 7,593,041 | 9/22/2009 | 7/3/2006 | Vulcan Ventures, Inc. | Sole Inventor | System and method for a software steerable web camera with multiple image subset capture |
| 18 | 7,518,629 | 4/14/2009 | 11/28/2006 | Vulcan Ventures, Inc. | Primary Inventor | System and Method for screening video communications within an interactive television system |
| 17 | 7,453,825 | 11/18/2008 | 12/13/2004 | Garrettcom, | Co- | Apparatus and methods for point- to- |

| Num | Patent Number | Award Date | Filing Date | Assignees | Inventor | Title |
|---|---|---|---|---|---|---|
| | | | | Inc. | Inventor | point links in robust networks |
| 16 | 7,320,137 | 1/15/2008 | 12/6/2001 | Digeo, Inc. | Primary Inventor | Method and system for distributing personalized editions of media programs using bookmarks |
| 15 | 7,243,123 | 7/10/2007 | 10/22/2001 | Digeo, Inc. | Co-Inventor | Video call routing with presence determination |
| 14 | 7,209,638 | 4/24/2007 | 1/22/2003 | Melodeo, Inc. | Primary Inventor | Uniform memory management for personal devices with non-uniform memory systems |
| 13 | 7,209,633 | 4/24/2007 | 1/22/2003 | Melodeo, Inc. | Primary Inventor | System and methods for logical memory devices in a digital media player |
| 12 | 7,206,500 | 4/17/2007 | 1/23/2003 | Melodeo, Inc. | Primary Inventor | System and methods for recording broadcast programs, converting the programs and managing the storage in a digital media playback device |
| 11 | 7,142,230 | 11/28/2006 | 8/22/2001 | Digeo, Inc. | Primary Inventor | System and method for screening incoming and outgoing video communications within an interactive television system |
| 10 | 7,111,320 | 9/19/2006 | 9/25/2001 | Digeo, Inc. | Sole Inventor | System and method for personalized remote control of an interactive television system |
| 9 | 7,103,905 | 9/5/2006 | 12/19/2000 | Digeo, Inc. | Sole Inventor | System and method to provide media programs for synthetic channels |
| 8 | 7,071,968 | 7/4/2006 | 8/6/2001 | Digeo, Inc. | Sole Inventor | System and method for a software steerable web camera with multiple image subset capture |
| 7 | 7,034,927 | 4/25/2006 | 12/27/2001 | Digeo, Inc. | Co-inventor | System and method for identifying an object using invisible light |
| 6 | 7,032,177 | 4/18/2006 | 12/27/2001 | Digeo, Inc. | Primary Inventor | Method and system for distributing personalized editions of media programs using bookmarks |
| 5 | 7,006,613 | 2/28/2006 | 7/27/2001 | Digeo, Inc. | Primary Inventor | System and method for screening incoming video communications within an interactive television system |
| 4 | 6,972,787 | 12/6/2005 | 6/28/2002 | Digeo, Inc. | Co-inventor | System and method for tracking an object with multiple cameras |
| 3 | 6,865,555 | 3/8/2005 | 11/21/2001 | Digeo, Inc. | Sole Inventor | System and method for providing conditional access to digital content |
| 2 | D468,274 | 1/7/2003 | 5/9/2001 | Digeo, Inc. | Sole Inventor | REMOTE CONTROL (remote design with keychain attachment) |
| 1 | D462,333 | 9/3/2003 | 5/25/2001 | Digeo, Inc. | Sole Inventor | REMOTE CONTROL (remote design with numeric on reverse) |