# EXHIBIT 12

Flight times obtained from Flight Time Calculator (https://flighttime-calculator.com/) on September 11, 2019.

| Departing Airport | Time to Arriving Airport – San Francisco, CA | Time to Arriving Airport – Marshall, TX |
|---|---|---|
| Tokyo, Japan | 10 hours, 17 minutes | 13 hours, 1 minute |
| Osaka, Japan | 10 hours, 43 minutes | 13 hours, 25 minutes |
| Beijing, China | 11 hours, 45 minutes | 13 hours, 58 minutes |
| Shenzhen, China | 13 hours, 38 minutes | 16 hours, 8 minutes |
| Shanghai, China | 12 hours, 12 minutes | 14 hours, 43 minutes |