# EXHIBIT 13

Distances obtained from the Distance Calculator (https://www.distancecalculator.net/) on September 8, 2019.

| Starting Point | Destination | Distance |
|---|---|---|
| Corona, CA | San Francisco, CA | 382.81 mi |
| Corona, CA | Marshall, TX | 1341.77 mi |