# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CANON, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TCL ELECTRONICS HOLDINGS LTD., <br> TCL CORPORATION, <br> SHENZHEN NEW TECHNOLOGIES CO. LTD., <br> TCL KING ELECTRICAL APPLIANCE (HUIZHOU) CO. LTD., <br> TCL KING ELECTRONICS (CHENGDU) CO., LTD., <br> TCL KING ELECTRICAL APPLIANCES (NANCHANG) CO., LTD., <br> TCL TONGLI ELECTRONICS (HUIZHOU) CO., LTD., and <br> TONLY ELECTRONICS HOLDINGS LTD. <br><br> Defendants. | Civil Action No. 2:18-cv-00546-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Motion to Transfer Venue to the Northern District of California ("Motion"). Being well-advised and having fully considered the Motion, the Court finds that the Motion is **GRANTED**.  It is therefore

**ORDERED** that this case, Civil Action No. 2:18-cv-00546 is transferred to the United States District Court for the Northern District of California.

**ORDER** – Solo Page