**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CANON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00546-JRG |
| | § | |
| TCL ELECTRONICS HOLDINGS LTD., TCL CORPORATION, SHENZEN TCL NEW TECHNOLOGIES CO. LTD., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO., LTD., TCL KING ELECTRONICS (CHENGDU) CO., LTD., TCL KING ELECTRICAL APPLIANCES (NANCHANG) CO., LTD., TCL TONGLI ELECTRONICS (HUIZHOU) CO., LTD., TONLY ELECTRONICS HOLDINGS LTD., | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 173.) In the Motion, Plaintiff Canon, Inc. ("Plaintiff") and Defendants TCL Electronics Holdings, Ltd., TCL Corporation, Shenzhen TCL New Technologies Co., Ltd., and TCL King Electrical Appliances (Huizhou) Co., Ltd. (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties") represent that a settlement in principle has been reached as to all matters in controversy between the Parties. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that any and all deadlines in the above-captioned case are **STAYED** for thirty (30) days from the date of this Order, during which time appropriate dismissal papers shall be filed.

It is further **ORDERED** that Defendants notify the United States Court of Appeals for the Federal Circuit that a settlement of all disputes has been reached in the above-captioned case. A copy of this order should be included as part of such notification.

**So ORDERED and SIGNED this 29th day of May, 2020.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE